UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 0 2 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,        )
                                 )
            PLAINTIFF,           )     **V E R D I C T**
                                 )
         V.                      )     CASE NO. 18CR3072-TWR
                                 )
ANDREW HACKETT,                  )
                                 )
            DEFENDANT.           )
_____)

We the jury in the above-entitled cause find the defendant, Andrew Hackett,

__Guilty__       COUNT ONE
(NOT GUILTY OR GUILTY)    of the offense of conspiracy to commit securities fraud as charged in Count One of the indictment.

__Guilty__       COUNT TWO
(NOT GUILTY OR GUILTY)    of the offense of securities fraud as charged in Count Two of the indictment.

Date: 8/2/2021

