Name: **ANDREW HACKETT**

Address: P.O. Box 121261, San Diego, CA 92112

Telephone Phone: (619)-606-8028

Email: andrewyge@gmail.com

FILED
MAR 26 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA Plaintiff(s),

v.

ANDREW HACKETT

Defendant(s).

Case No.: 18-cr.-3072

**REQUEST FOR APPOINTMENT OF COUNSEL**

I, ANDREW HACKETT, move for the appointment of counsel. To support this motion, I declare under penalty of perjury that (check one):

☒   I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☐   I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty (describe below, include information for each attorney you contacted):

1

| | |
|---|---|
| 1 | **Attorney:** FEDERAL DEFENDERS |
| 2 | **When:** 03/25/2024 |
| 3 | **Where:** SAN DIEGO |
| 4 | **How (by telephone, in person, etc.):** TELEPHONE |
| 5 | |
| 6 | |
| 7 | **Why attorney was not employed to handle your claim:** |
| 8 | Office represented one of my co-defendants in the same matter and advised that the office is unable to represent myself. Office advised me to seek appointment of counsel from the Court. |
| 9 | |
| 10 | **Attorney:** MARC NURIK |
| 11 | **When:** 7/21/2022 |
| 12 | **Where:** SAN DIEGO |
| 13 | **How (by telephone, in person, etc.):** |
| 14 | Telephone/email correspondence through my spouse while I was incarcerated. |
| 15 | |
| 16 | **Why attorney was not employed to handle your claim:** |
| 17 | Attorney represented myself during my criminal trial, and filed a notice of appeal, and subsequent notice of withdraw and to appoint new counsel. Attorney is unable to represent me without compensation. |
| 18 | |
| 19 | **Attorney:** |
| 20 | **When:** |
| 21 | **Where:** |
| 22 | **How (by telephone, in person, etc.):** |
| 23 | |
| 24 | |
| 25 | **Why attorney was not employed to handle your claim:** |
| 26 | |
| 27 | |
| 28 | |

1 | **I need appointed counsel to assist me because (describe below):**
2 | New evidence that was not turned over to myself by the Government in this case has been
3 | discovered over the weekend. I need an attorney to advise of my rights in light of these recent
4 | events. Moreover, I require an attorney to assess any next steps that must be taken to
5 |
6 | preserve my rights in this criminal proceeding. In light of this evidence not being turned over
7 | to me, I am seeking an attorney to file a motion for new trial with this Court.
8 | I am currently unrepresented in this criminal proceeding. I am unable to pay for the previous
9 | counsel that I had during my original trial, nor able to pay for any new representation. I have
10 |
11 | contacted the Federal Defenders Office of San Diego that advised me that they are unable to
12 | represent me in this matter due to a conflict by their representation of one of my co-
13 | defendants, and they advised me to petition the Court for the appointment of counsel.

03/25/2024
Date

*A.H.*
Signature

**ANDREW HACKETT**
Printed Name