**FILED**

MAY 13 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

[Plaintiff], United States of America. (USA)

Plaintiff,

v.

[Defendant], Andrew Hackett

Defendant.

Case No.: [Case No.] 18cr3072-TWR

[Title] Change of address

I would like to update the Courts with a new address:

372 Fourth Ave, Apt 521
San Diego, CA 92101

*(signature)*

1

[Case No.]