**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

JUL 0 5 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3-18-cr-03072-TWR-1 |
| Plaintiff, | |
| vs. | |
| ANDREW HACKETT | **DECLARATION OF ANDREW HACKETT IN SUPPORT OF DEFENDANT'S MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE AND PROSECUTORIAL MISCONDUCT** |
| Defendant. | |

**DECLARATION OF ANDREW HACKETT**

I, Andrew Hackett, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the defendant in this action before the Court. I submit this declaration in support of the Defendant Andrew Hackett's Motion For New Trial Based On Newly Discovered Evidence And Prosecutorial Misconduct.

2. Attached as Exhibit A is a letter from Defendant's Appellate Attorney, Carl Gunn, dated May 4, 2024, addressed to the Assisstant United States Attorney's Office.

3. Attached as Exhibit B is an email from Assistant United States Attorney, Janaki Chopra, dated May 8, 2024, in response to Carl Gunn's letter dated May 4, 2024.

4. Attached as Exhibit C is an excerpt of a FBI transcript of a recorded call on January 10, 2024, between Defendant, CHS Forster, Denis, and CHS Smirnov.

5. Attached as Exhibit D is an FBI report regarding "WRIT" dated February 20, 2018.

- 1 -

6. Attached as Exhibit E is excerpts of FBI's brokerage account records detailing the "buy" orders of "WRIT" (Bates No. SC14-REPORTS-000129).

San Diego, California

July 5th, 2024

/s/ Andrew Hackett

Andrew Hackett

# EXHIBIT A

**CARLTON F. GUNN**
ATTORNEY AT LAW
1010 North Central Ave., #100
Glendale, California 91202
323-474-6366

April 4, 2024

Mark Rehe
Assistant United States Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101

      re: *United States v. Andrew Hackett*

Dear Mr. Rehe:

    While Mr. Hackett's pro se motion for appointment of counsel for a motion for new trial (District Court Dkt. #492) is pending, I am writing on his behalf and on behalf of whatever counsel may end up representing him in the district court. The reason I am writing is to request evidence that is potentially exculpatory and may have been subject to disclosure under Rule 16 of the Federal Rules of Criminal Procedure. It is regarding a man named Alexander Smirnov, who was recently publicly revealed as a long-time FBI informant when he was indicted in connection with false statements made in the Hunter Biden investigation and there was subsequent extensive media coverage.

    During the time of the undercover investigation of Mr. Hackett, he had contact with a man using the first name of "Alexander" who had an associate named Nayflish, whom media coverage suggests is an associate of Alexander Smirnov. Based on this, it appears likely that the "Alexander" with whom Mr. Hackett had contact is Alexander Smirnov and it seems reasonable to also infer that he was acting as an informant on behalf of the FBI at the time.

    It further seems likely – or at least reasonably possible – that Mr. Smirnov's contacts with Mr. Hackett would have produced either recordings of their conversations – if he had instructions similar to the informant who actually testified in Mr. Hackett's trial – or reports or notes summarizing the conversations. Assuming that is the case, Mr. Hackett would like to have those recordings, reports, or notes. He would be entitled to recordings, reports, or notes even now if they are potentially exculpatory, and he would have been entitled to recordings that were simply "relevant" at the time of trial, under Rule 16(a)(1)(B)(i) of the Federal Rules of Criminal Procedure. Disclosure would also be consistent with what the Supreme Court has described as the prosecution's broader duty "to set the record straight," *Banks v. Dretke*, 540 U.S. 668, 676 (2004).

    I am hoping your office will agree to inquire into the existence of evidence such as I describe and  either you or some other appropriate AUSA will make the inquiry. Please let me know if that is correct as soon as you can. I am hoping the inquiry can be made promptly because, absent some sort of tolling, the three-year deadline for a motion for new trial based on

newly discovered evidence will run by August 2 of this year.

Thank you for your consideration, and please let me know if you have any questions.

Sincerely,

Carlton F. Gunn

# EXHIBIT B

| From: | Chopra, Janaki (USACAS) |
|---|---|
| To: | cgunnlaw@gmail.com |
| Subject: | Andrew Hackett |
| Date: | Wednesday, May 8, 2024 10:05:31 AM |
| Attachments: | AUSA 2 Ltr (signed).pdf |

Dear Mr. Gunn,

I received the attached letter from AUSA Mark Rehe. I am assigned to the Hackett case in our office now. I have reviewed the case and your letter, and made an inquiry regarding the allegations in your letter. Based on this, I believe the United States complied with its obligations under Rule 16, Brady, Jencks, and Giglio. As a result, there is no further discovery we anticipate producing in this case.

Sincerely,
Janaki


**Janaki Gandhi Chopra**
Assistant United States Attorney
Southern District of California
880 Front Street
San Diego, CA 92101
(619) 546-8817

# EXHIBIT C

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



10385 Vista Sorrento Parkway
San Diego, California 92121

File Number:                                          ████████████

Requesting Official(s) and Office(s):        SA Jeremy Tarwater

Task Number(s) and Date Completed:        01-10-2018_054258PM,

Name and Office of Typist(s):                SD 76478, San Diego

Name and Office of Reviewer(s):              SA Jeremy R. Tarwater 3/30/2018

Source File Information
  Name of Audio File or CD:
  -CD: Out_sdcitation9492393587_01-10-2018_054258PM [00.22.26]
          -Telephone recording

Participants:

|      |             |
|------|-------------|
| CHS: | Citation    |
| AH:  | Andrew Hackett |
| A:   | Alex        |
| D:   | Denis       |

Abbreviations:

|       |                          |
|-------|--------------------------|
| [UI]  | Unintelligible           |
| [PH]  | Phonetic                 |
| [OV]  | Overlapping Conversation |

UNCLASSIFIED                           SC14-DTrans-000202

UNCLASSIFIED

File Number:
Task Number:     01-10-2018_054258PM
Recording Date:  01/10/2018

AH:      Yep.

CHS:     Okay.

D:       [UI]

AH:      Is that-[UI] Denis?

D:       Hey, Denis-Denis and Alex here.

CHS:     Hey Denis, [CHS's] here [OV]—

AH:      And then I got- I got my friend on as well.

D:       Who's on?

AH:      Okay—

D:       Who's on?

AH:      Yeah we got myself, Andrew, [CHS], Denis and Denis's uh, client sorry wha-
         what's his name again?

D:       Alex.

AH:      Alex.

D:       Yes, so we're all on so—

CHS:     I thin-I think [OV]

D:       -so it's-it's actually good timing [CHS] because uh, he actually just had stopped
         by my office. So it's actually perfect timing cause' he's-so anything we-questions
         you have, he's here uh, so you're not getting it second hand.

CHS:     Oh okay, I-I imagine I-I then have to assume that uh, WRIT is uh, is his deal so
         uhm,--

D:       Yes.

2

# EXHIBIT D

FD-1057 (Rev. 5-8-10)                     **UNCLASSIFIED**                     

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Document match trading between UCE      **Date:** 02/20/2018
and ANDREW HACKETT in "WRIT"

**From:** SAN DIEGO
       SD-WC1
       **Contact:** ███████████  ███████████

**Approved By:** SSA Mark Kolenda

**Drafted By:** ████████████

**Case ID #:** 

### DOCUMENT RESTRICTED TO CASE PARTICIPANTS
This document contains information that is restricted to case participants.

**Synopsis:** (U) Document match trading between UCE and ANDREW HACKETT
on 2/9/2018 and 2/13/2018 in issuer "WRIT"

**Enclosure(s):** Enclosed are the following items:
1. (U) SEC non-objection regarding "WRIT"
2. (U) WRIT proton emails, press releases and trading backup
3. (U) SEC non-objection 2/16/2018 to sell WRIT shares

**Details:**

     UCE ████████ (the "UCE") participated in the following match trades
with ANDREW HACKETT ("HACKETT"):

February 09, 2018:

     As arranged per separately documented consensually monitored
communications:

**UNCLASSIFIED**

Title:   (U) Document match trading between UCE and ANDREW HACKETT in "WRIT"

Re:   ████████████████████████   02/20/2018

UCE placed a limit buy order at $0.219 for 20,000 shares of WRIT MEDIA GROUP INC., OTC ticker "WRIT", headquartered in Beverly Hills, California 90211 (herein "WRIT").  The order was filled at approximately 11:23 a.m. New York time at between $0.195 and $0.20 per share.

UCE placed a second limit buy order at $0.219 for 15,000 shares of WRIT that was filled at approximately 11:37-11:38 a.m. New York time at between $0.195 and $0.20 per share.

UCE placed a third limit buy order at $0.219 for 15,000 shares of WRIT that was filled at approximately 11:54-11:55 a.m. New York time at between $0.195 and $0.20 per share.

Total purchased 2/09/2018: 50,000 shares of WRIT at a cost of approximately $9,962.50 (plus brokerage commissions).

February 13, 2018:

As arranged per separately documented consensually monitored communications:

UCE placed a limit buy order at $0.195 for 20,000 shares of WRIT that was filled at approximately 12:35 p.m. New York time at between $0.18695 and $0.194 per share.

UCE placed a second limit buy order at $0.194 for 20,000 shares of WRIT that was filled at approximately 12:53-12:54 p.m. New York time at between $0.17155 and $0.18 per share.

UCE placed a third limit buy order at $0.18 for 10,000 shares of WRIT that was filled at approximately 1:03 p.m. New York time at $0.18 per share.

Total purchased 2/13/2018: 50,000 shares of WRIT at a cost of approximately $9,240.76 (plus brokerage commissions).

Kickback Owed:

SC14-REPORTS-000137

**UNCLASSIFIED**

Title:  (U) Document match trading between UCE and ANDREW HACKETT in
"WRIT"

Re:  ███████████████████        02/20/2018


    Based on prior consensually recorded communications, HACKETT agreed
to pay a 30% "commission" for shares purchased (and "put away") by
UCE's purported network of fund managers and brokers.  HACKETT also
agreed to pay CHS ███████ (the "CHS") a 5% referral fee for the
referral to UCE.

    For the above referenced share purchases made 2/9/2018 and 2/13
/2018:

    30% "commission" owed by HACKETT to UCE: Approximately $5,760.98

    5% referral fee owed by HACKETT to CHS: Approximately $960.16

    On 2/11/2018, CHS sent via proton email to HACKETT and UCE a
spreadsheet tracking shares purchased by UCE, "commission" owed by
HAKCETT to UCE, and 5% referral fee due by HACKETT to CHS.  The proton
email and spreadsheet are attached.

    Note, HACKETT utilizes proton email account
freelifeinvestmentsinc@protonmail.com, CHS utilizes
troutflyfish@protonmail.com, and UCE utilizes delmarcapital@protonmail.
com.

    On 2/13/2018 CHS sent another proton email to HACKETT and UCE
adding to the WRIT tracking spreadsheet the 2/13/2018 trades noted
above.  This spreadsheet, which is attached, listed the "commission"
owed by HACKETT to the UCE and the 5% referral fee due by HACKETT to
CHS.  The proton email is attached.  This spreadsheet reflected
100,000 shares of WRIT thus far "put away" by UCE's purported network.

    For information, writer was advised that on 2/14/2018, a wire was
received in the approximate amount of $6,719 to a covert FBI bank
account.  HACKETT confirmed he sent the above described wire in
payment of the "commission" and referral fees owed for trades done in
WRIT on 2/9/2018 and 2/13/2018.

Covert FBI Account:

**UNCLASSIFIED**

3

UNCLASSIFIED

Title:   (U) Document match trading between UCE and ANDREW HACKETT in
"WRIT"

Re:   ██████████████████████      02/20/2018


For information, UCE utilized covert FBI brokerage account ending
6376 to effect the above noted trades.  (Printouts attached).

SEC Trade Review Request:

As previously documented, SEC New York had provided its non-
objection to certain proposed trades in WRIT, including the above
described trades.  This trade review was conducted per the FBI-SEC
MOU.  (SEC non-objection email(s) attached).

WRIT News Releases:

As documented elsewhere, HACKETT, ALEX last name unknown (described
as a company executive at WRIT), and "DENIS" (a broker known to be
JOSEPH PADILLA) had previously discussed with CHS a list of WRIT news
releases ready to be disseminated in coordination with stock promotion
and/or liquidity campaigns.  A list of news releases was provided by
DENIS/ALEX (proton user names not ascertained) to HACKETT to CHS via
proton on 1/11/2018 (see attached).

On 2/9/2018, after HACKETT had previously requested a news release
be disseminated by WRIT, writer observed that a WRIT press release
from the 1/11/2018 list was in fact disseminated.  WRIT news article
printout attached.


♦♦


UNCLASSIFIED

4

# EXHIBIT E

**Print in landscape for best results.**

Trade > Order Status

**All Orders**   Orders With Fills   Open   Today's   Canceled   Extended Hours

4 orders

For: All Securities - 4 order(s) ▼      Remember

Get All Quotes

WRIT          WRITERS GROUP FILM C                                    Get a Quote

| Action | Quantity | Price | Timing | Time & Date (ET) |
|---|---|---|---|---|
| **Buy** | **100** Shares | **Limit $0.05** | **Day Only** | **10:48 AM 02/09/2018** |
| Canceled | 100 | | | 10:48 AM 02/09/2018 |
| **CLOSED  Canceled** | | | Reinvest Dividends: View   Order #: 42778154 | Resubmit |
| **Buy** | **20,000** Shares | **Limit or Better $0.219** | **Day Only** | **11:23 AM 02/09/2018** |
| Bought | 2,500 | $0.195 | Settles 02/13/2018 | 11:23 AM 02/09/2018 |
| Bought | 17,500 | $0.20 | Settles 02/13/2018 | 11:23 AM 02/09/2018 |
| **CLOSED  Filled** | | | Reinvest Dividends: View/Edit   Order #: 42880217 | |
| **Buy** | **15,000** Shares | **Limit or Better $0.219** | **Day Only** | **11:37 AM 02/09/2018** |
| Bought | 2,500 | $0.195 | Settles 02/13/2018 | 11:37 AM 02/09/2018 |
| Bought | 12,500 | $0.20 | Settles 02/13/2018 | 11:38 AM 02/09/2018 |
| **CLOSED  Filled** | | | Reinvest Dividends: View/Edit   Order #: 42846263 | |
| **Buy** | **15,000** Shares | **Limit or Better $0.219** | **Day Only** | **11:54 AM 02/09/2018** |
| Bought | 2,500 | $0.195 | Settles 02/13/2018 | 11:54 AM 02/09/2018 |
| Bought | 12,500 | $0.20 | Settles 02/13/2018 | 11:55 AM 02/09/2018 |
| **CLOSED  Filled** | | | Reinvest Dividends: View/Edit   Order #: 42954591 | |

(0817-785A)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: XXXX-X376
Today's Date: 12:18 PM ET, 02/13/2018

Charles Schwab & Co., Inc., Schwab Wealth Investment Advisory, Inc. ("SWIA"), and Charles Schwab Bank are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab & Co., Inc. (Member SIPC ⬚) ("Schwab"). Schwab Intelligent Portfolios™ is offered by SWIA, a registered investment advisor, and Institutional Intelligent Portfolios™, is made

https://client.schwab.com/PrintPopup.aspx?domain=client.schwab.com&ls=Y

Print

**Print in landscape for best results.**

Trade > Order Status

All Orders   Orders With Fills   Open   **Today's**   Canceled   Extended Hours

3 of 7 orders Show all orders

For: All Securities - 7 order(s)   ▼        Remember

Get All Quotes

WRIT          WRITERS GROUP FILM C                              Get a Quote

| Action | Quantity | Price | Timing | Time & Date (ET) |
|---|---|---|---|---|
| Buy | 20,000 Shares | Limit or Better $0.195 | Day Only | 12:35 PM 02/13/2018 |
| Bought | 2,500 | $0.18695 | Settles 02/15/2018 | 12:35 PM 02/13/2018 |
| Bought | 5,000 | $0.194 | Settles 02/15/2018 | 12:35 PM 02/13/2018 |
| Bought | 5,000 | $0.1939 | Settles 02/15/2018 | 12:35 PM 02/13/2018 |
| Bought | 7,500 | $0.194 | Settles 02/15/2018 | 12:35 PM 02/13/2018 |
| CLOSED Filled | | | Reinvest Dividends: View/Edit   Order #: 44967936 | |
| Buy | 20,000 Shares | Limit or Better $0.194 | Day Only | 12:53 PM 02/13/2018 |
| Bought | 2,500 | $0.17155 | Settles 02/15/2018 | 12:53 PM 02/13/2018 |
| Bought | 17,500 | $0.18 | Settles 02/15/2018 | 12:54 PM 02/13/2018 |
| CLOSED Filled | | | Reinvest Dividends: View/Edit   Order #: 44993823 | |
| Buy | 10,000 Shares | Limit $0.18 | Day Only | 1:01 PM 02/13/2018 |
| Bought | 10,000 | $0.18 | Settles 02/15/2018 | 1:03 PM 02/13/2018 |
| CLOSED Filled | | | Reinvest Dividends: View/Edit   Order #: 44973145 | |

(0817-785A)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Charles Schwab & Co., Inc., Schwab Wealth Investment Advisory, Inc. ("SWIA"), and Charles Schwab Bank are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab &

Co., Inc. (Member SIPC 🗗) ("Schwab"). Schwab Intelligent Portfolios™ is offered by SWIA, a registered investment advisor, and Institutional Intelligent Portfolios™, is made available through independent investment advisors and sponsored by SWIA. Deposit and lending products and services are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender ("Schwab Bank").

Bank sweep accounts are generally held at Charles Schwab Bank. Funds deposited at Schwab Bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 when aggregated with all other deposits held by you in the same capacity at

Account: XXXX-X376
Today's Date: 01:04 PM ET, 02/13/2018

SC14-REPORTS-000129