# EXHIBIT A

Summary of Criminal Debts

| Debt Type | Case Number | Imposed | Collected | Outstanding |
|---|---|---|---|---|
| SPECIAL PENALTY ASSESSMENT | DCAS318CR003072001 | $200.00 | $200.00 | $0.00 |
| VICTIM JS RESTITUTION | DCAS318CR003072A | $67,184.91 | $11,434.22 | $55,750.69 |
| Totals | | $67,384.91 | $11,634.22 | $55,750.69 |

Detailed Records: Individual Payment History

| Date | Penalty Type | Case Number | Receipt | Paid |
|---|---|---|---|---|
| 9/11/2025 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA25-CAS000163597 | $250.00 |
| 8/7/2025 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA25-CAS000162843 | $250.00 |
| 6/30/2025 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA25-CAS000161987 | $250.00 |
| 5/30/2025 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA25-CAS000161374 | $250.00 |
| 4/29/2025 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA25-CAS000160700 | $250.00 |
| 3/31/2025 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA25-CAS000160035 | $260.00 |
| 10/1/2024 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA25-CAS000156313 | $150.00 |
| 9/5/2024 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA24-CAS000155821 | $100.00 |
| 8/15/2024 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA24-CAS000155443 | $100.00 |
| 7/31/2024 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA24-CAS000155105 | $100.00 |
| 5/6/2024 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA24-CAS000153242 | $250.00 |
| 3/18/2024 | VICTIM JS RESTITUTION | DCAS318CR003072A | CASCCA24-CAS000152175 | $250.00 |
| 8/22/2022 | SPECIAL PENALTY ASSESSMENT | DCAS318CR003072001 | CASCCA22-CAS140061 | $200.00 |
| Total Paid | | | | $2,660.00 |